UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.             )<br>)<br>)<br>)<br>JOSHUA M. PIZETTE      )<br>     Defendant.       )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO.: 11-cr-10151 MLW<br><br>VIOLATIONS:<br><br>Counts One Through Five:<br>18 U.S.C. § 875(d) -<br>Threat to Injure Reputation<br><br>Count Six:<br>18 U.S.C. § 2252(a)(4)(B)-<br>Possession of Child<br>Pornography<br><br>Count Seven:<br>18 U.S.C. § 2252(a)(1) -<br>Transportation of Child<br>Pornography<br><br>FORFEITURE ALLEGATIONS:<br>(18 U.S.C. § 981(a)(1)(C)<br>& 28 U.S.C. § 2461(c)<br>& 18 U.S.C. § 2253) |

INDICTMENT

COUNT ONE:  (Title 18, United States Code § 875(d) - Threat to Injure Reputation)

The Grand Jury charges that on or about March 5, 2010, within the District of Massachusetts,

JOSHUA M. PIZETTE,

defendant herein, knowingly did transmit in interstate and foreign commerce, by way of electronic-mail, a communication to C.A., and the communication contained a threat to harm the reputation of C.A., specifically Joshua M. Pizette threatened to post naked pictures of C.A. on the Internet and send copies of such pictures to C.A.'s boyfriend, if C.A. did not send Joshua M.

Pizette ten additional naked pictures of C.A.

All in violation of Title 18, United States Code, Section 875(d).

COUNT TWO:   (Title 18, United States Code § 875(d) - Threat to
             Injure Reputation)

The Grand Jury further charges that on or about March 11, 2010, within the District of Massachusetts,

JOSHUA M. PIZETTE,

defendant herein, knowingly did transmit in interstate and foreign commerce, by way of electronic-mail, a communication to C.A., and the communication contained a threat to harm the reputation of C.A., specifically Joshua M. Pizette threatened to post naked pictures of C.A. on the Internet and send copies of such pictures to C.A.'s boyfriend, if C.A. did not send Joshua M. Pizette ten additional naked pictures of C.A.

All in violation of Title 18, United States Code, Section 875(d).

COUNT THREE:    (Title 18, United States Code § 875(d) - Threat to
                Injure Reputation)

   The Grand Jury further charges that on or about March 15, 2010, within the District of Massachusetts,

                    JOSHUA M. PIZETTE,

defendant herein, knowingly did transmit in interstate and foreign commerce, by way of electronic-mail, a communication to C.A., and the communication contained a threat to harm the reputation of C.A., specifically Joshua M. Pizette threatened to post naked pictures of C.A. on the Internet, if C.A. did not send Joshua M. Pizette ten additional naked pictures of C.A.

   All in violation of Title 18, United States Code, Section 875(d).

COUNT FOUR:   (Title 18, United States Code § 875(d) - Threat to
              Injure Reputation)

The Grand Jury further charges that on or about March 21, 2010, within the District of Massachusetts,

JOSHUA M. PIZETTE,

defendant herein, knowingly did transmit in interstate and foreign commerce, by way of electronic-mail, a communication to C.A., and the communication contained a threat to harm the reputation of C.A., specifically Joshua M. Pizette threatened to post naked pictures of C.A. on the Internet, if C.A. did not send Joshua M. Pizette ten additional naked pictures of C.A.

All in violation of Title 18, United States Code, Section 875(d).

COUNT FIVE:   (Title 18, United States Code § 875(d) - Threat to Injure Reputation)

The Grand Jury further charges that on or about March 22, 2010, within the District of Massachusetts,

JOSHUA M. PIZETTE,

defendant herein, knowingly did transmit in interstate and foreign commerce, by way of electronic-mail, a communication to C.A., and the communication contained a threat to harm the reputation of C.A., specifically Joshua M. Pizette threatened to post naked pictures of C.A. on the Internet, if C.A. did not send Joshua M. Pizette additional naked pictures of C.A.

All in violation of Title 18, United States Code, Section 875(d).

COUNT SIX:    (Title 18, United States Code, Section
              2252(a)(4)(B)- Possession of Child Pornography)

The Grand Jury further charges that from on or about February 9, 2010 to on or about April 2, 2010, within the District of Massachusetts,

                    JOSHUA M. PIZETTE,

defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter, which contained visual depictions that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions being of such conduct, that is: JOSHUA M. PIZETTE knowingly possessed computers and other storage media which contained visual depictions of minors under the age of 18 years engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), such as the computer files listed below:

   012-089.jpg
   24-037.jpg
   037-042.jpg
   011-061.jpg

017-083.jpg

002-021.jpg

007a-065.jpg

46-80.jpg

021-087.jpg

(9)1_1.jpg

(29)1_8.jpg

Vicky 4.mpg

Jenny.mpg

Kristin.mpg

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

COUNT SEVEN: (18 U.S.C. § 2252(a)(1) - Transportation of Child
            Pornography)

The Grand Jury further charges that on or about March 15, 2010, within the District of Massachusetts,

JOSHUA M. PIZETTE,

defendant herein, knowingly transported and shipped visual depictions using any means and facility of interstate commerce, and in and affecting interstate commerce, by any means including by computer, where the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such depictions were of such conduct, that is: JOSHUA M. PIZETTE transported and shipped the computer files "042.jpg" and "043.jpg" which contained visual depictions of a minor under the age of 18 years engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A).

All in violation of Title 18, United States Code, Section 2252(a)(1).

FORFEITURE ALLEGATIONS: (18 U.S.C. § 981(a)(1)(C)
                        & 28 U.S.C. § 2461(c)
                        & 18 U.S.C. § 2253)

1.  Upon conviction of the offenses in violation of 18 U.S.C. § 875, set forth in Counts One through Five, the defendant,

JOSHUA M. PIZETTE,

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of the offenses.

2.  Upon conviction of the offenses in violation of 18 U.S.C. § 2252 set forth in Counts Six and Seven of this indictment,

JOSHUA M. PIZETTE,

defendant herein, shall forfeit to the United States all interest in any visual depictions which were produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code; all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and all property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, pursuant to 18 U.S.C. § 2253.

3.  If any of the property described in paragraphs 1 and 2 hereof as being forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C)

and 28 U.S.C. § 2461(c), or 18 U.S.C. § 2253, as a result of any act or omission of the defendant -

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred to, sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c) and or 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of all other property of the defendant up to the value of the property described in paragraphs 1 and 2.

All pursuant to Title 18, United States Code, Section 2253, Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS; April 13, 2011

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
4/13/2011 @ 2:25pm